UNDER SEAL

**UNDER SEAL**

2009 FEB 11 PM 2: 45

FILED

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

October 2008 Grand Jury

**SACR 09  0028**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>AHMADULLAH SAIS NIAZI,<br>    aka Ahmadullah Khan,<br>    aka Ahmadullah Sais,<br>    aka Ahmadullah Sais<br>    Khan,<br>    aka Ahmadullah Khan<br>    Sais,<br>                    Defendant. | No. SA CR-_____<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 1621(2): Perjury;<br>18 U.S.C. § 1425: Procurement<br>of Naturalization Unlawfully;<br>18 U.S.C. § 1546(a): Use of<br>Passport Procured by Fraud; 18<br>U.S.C. § 1001(a): False<br>Statement] |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 1621(2)]

A.   <u>INTRODUCTION</u>

     1.   Dr. Amin al-Haq, aka Dr. Amin ul-Haq, aka Muhammad Amin ("Dr. Amin al-Haq"), security coordinator for Usama bin Laden, was designated by the United Nations Security Council as an

individual associated with al-Qaeda and Usama bin Laden on or about March 8, 2001.  On or about October 12, 2001, the United States Treasury Office of Foreign Assets Control designated Dr. Amin al-Haq as a Specially Designated Global Terrorist, pursuant to Executive Order 13224.  These designations continue in effect.

2.   Al-Qaeda was designated as a foreign terrorist organization by the Secretary of State on or about October 8, 1999, pursuant to Section 219 of the Immigration and Nationality Act.  This designation continues in effect.  Usama bin Laden has proclaimed publicly that he is the leader of al-Qaeda and that the September 11, 2001 attack on the United States was an al-Qaeda operation.

3.   Gulbuddin Hekmatyar is the founder of Hezb-e-Islami Gulbuddin ("HIG"), a terrorist organization.  On or about February 18, 2003, the State Department and the United States Treasury Office of Foreign Assets Control designated Gulbuddin Hekmatyar a Specially Designated Global Terrorist, pursuant to Executive Order 13224, for his participation in and support of terrorist acts carried out by al-Qaeda and the Taliban.  On or about February 20, 2003, the United Nations Security Council designated Gulbuddin Hekmatyar as an individual associated with al-Qaeda.  These designations continue in effect.

B.   THE OFFENSE

4.   On or about February 24, 2004, in Orange County, within the Central District of California, and elsewhere, defendant AHMADULLAH SAIS NIAZI, aka Ahmadullah Khan, aka Ahmadullah Sais, Ahmadullah Sais Khan, aka Ahmadullah Khan Sais ("NIAZI"), in a declaration, certificate, and statement under penalty of perjury

as permitted under Section 1746 of Title 28, United States Code, willfully subscribed as true material matter which defendant NIAZI did not believe to be true.  Specifically, on his naturalization application, defendant NIAZI certified under penalty of perjury that (1) he had never used a name other than Ahmadullah Sais; (2) he had never been a member of or associated with any organization, association, fund, foundation, party, club, society, or similar group in the United States or in any other place; and (3) he had never been a member of or in any way associated, either directly or indirectly, with a terrorist organization.  In truth and in fact, as defendant NIAZI then well knew, he had used the name Ahmadullah Khan, among others.  In truth and in fact, as defendant NIAZI then well knew, he was associated with one or more groups in Afghanistan and/or Pakistan.  In truth and in fact, as defendant NIAZI then well knew, he was associated in any way with one or more terrorist organizations, namely, al-Qaeda, HIG, and/or the Taliban.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COUNT TWO

[18 U.S.C. § 1621(2)]

On or about October 1, 2004, in Los Angeles County, within the Central District of California, and elsewhere, defendant AHMADULLAH SAIS NIAZI, aka Ahmadullah Khan, aka Ahmadullah Sais, Ahmadullah Sais Khan, aka Ahmadullah Khan Sais ("NIAZI"), in a declaration, certificate, and statement under penalty of perjury as permitted under Section 1746 of Title 28, United States Code, willfully subscribed as true a material matter which defendant NIAZI did not believe to be true.  Specifically, on his naturalization application, defendant NIAZI certified under penalty of perjury that he had not taken a trip of 24 hours or more outside of the United States since on or about February 24, 2004.  In truth and in fact, as defendant NIAZI then well knew, he traveled outside the United States to Pakistan on or about May 21, 2004, and returned to the United States on or about June 4, 2004.

4

COUNT THREE

[18 U.S.C. § 1425]

A. INTRODUCTION

1. Dr. Amin al-Haq, aka Dr. Amin ul-Haq, aka Muhammad Amin ("Dr. Amin al-Haq"), security coordinator for Usama bin Laden, was designated by the United Nations Security Council as an individual associated with al-Qaeda and Usama bin Laden on or about March 8, 2001. On or about October 12, 2001, the United States Treasury Office of Foreign Assets Control designated Dr. Amin al-Haq as a Specially Designated Global Terrorist, pursuant to Executive Order 13224. These designations continue in effect.

2. Al-Qaeda was designated as a foreign terrorist organization by the Secretary of State on or about October 8, 1999, pursuant to Section 219 of the Immigration and Nationality Act. This designation continues in effect. Usama bin Laden has proclaimed publicly that he is the leader of al-Qaeda and that the September 11, 2001 attack on the United States was an al-Qaeda operation.

3. Gulbuddin Hekmatyar is the founder of Hezb-e-Islami Gulbuddin ("HIG"), a terrorist organization. On or about February 18, 2003, the State Department and the United States Treasury Office of Foreign Assets Control designated Gulbuddin Hekmatyar a Specially Designated Global Terrorist, pursuant to Executive Order 13224, for his participation in and support of terrorist acts carried out by al-Qaeda and the Taliban. On or about February 20, 2003, the United Nations Security Council designated Gulbuddin Hekmatyar as an individual associated with al-Qaeda. These designations continue in effect.

B.   THE OFFENSE

4.   From on or about February 24, 2004, through on or
about November 5, 2004, in Orange County, within the Central
District of California, and elsewhere, defendant AHMADULLAH SAIS
NIAZI, aka Ahmadullah Khan, aka Ahmadullah Sais, Ahmadullah Sais
Khan, aka Ahmadullah Khan Sais ("NIAZI"), knowingly procured for
himself, contrary to law, naturalization as a United States
citizen, to which he was not entitled.  Defendant NIAZI knowingly
procured naturalization for himself contrary to law by making, in
connection with his naturalization application, material false
statements under penalty of perjury, including that (1) defendant
NAIZI had never used a name other than Ahmadullah Sais; (2) he
had never been a member of or associated with any organization,
association, fund, foundation, party, club, society, or similar
group in the United States or in any other place; (3) he had
never been a member of or in any way associated, either directly
or indirectly, with a terrorist organization; (4) he had not
taken a trip of 24 hours or more outside of the United States
since on or about February 24, 2004; and (5) he had never given
false or misleading information to any U.S. government official
while applying for any immigration benefit.  In truth and in
fact, as defendant NIAZI then well knew, he had used the name
Ahmadullah Khan, among others.  In truth and in fact, as
defendant NIAZI then well knew, he was associated with one or
more groups in Afghanistan and/or Pakistan.  In truth and in
fact, as defendant NIAZI then well knew, he was associated in any
way with one or more terrorist organizations, namely, al-Qaeda,
HIG, and/or the Taliban.  In truth and in fact, as defendant

NIAZI then well knew, he traveled outside the United States to
Pakistan on or about May 21, 2004, and returned to the United
States on or about June 4, 2004.   In truth and in fact, as
defendant NIAZI then well knew, he had given false and misleading
information to a U. S. government official while applying for
permanent residency status when he certified under penalty of
perjury that he had no present or past membership in or
affiliation with any political organization, association, fund,
foundation, party, club, society, or similar group in the United
States or in any other place, including any foreign military
service, since his 16th birthday.   Defendant NIAZI knowingly
procured naturalization for himself to which he was not entitled
by applying for, and obtaining, naturalization when, as defendant
NIAZI then well knew, he was not entitled to naturalization as a
United States citizen because he had obtained his permanent
residency status by fraud and because he willfully provided false
statements under penalty of perjury in connection with his
naturalization application.

COUNT FOUR

[18 U.S.C. § 1546(a)]

From on or about February 8, 2005, through on or about February 19, 2005, in Los Angeles County, within the Central District of California, and elsewhere, defendant AHMADULLAH SAIS NIAZI, aka Ahmadullah Khan, aka Ahmadullah Sais, Ahmadullah Sais Khan, aka Ahmadullah Khan Sais ("NIAZI"), knowingly used and possessed a document prescribed by statute and regulation for entry into and as evidence of authorized stay and employment in the United States, that is, a United States passport, knowing it to have been procured by means of a false claim and statement, and to have been otherwise procured by fraud and unlawfully obtained.  Specifically, defendant NIAZI used his United States passport to travel to Pakistan through Los Angeles International Airport.

COUNT FIVE

[18 U.S.C. § 1001(a)]

A.   INTRODUCTION

1.   Dr. Amin al-Haq, aka Dr. Amin ul-Haq, aka Muhammad Amin ("Dr. Amin al-Haq"), security coordinator for Usama bin Laden, was designated by the United Nations Security Council as an individual associated with al-Qaeda and Usama bin Laden on or about March 8, 2001.  On or about October 12, 2001, the United States Treasury Office of Foreign Assets Control designated Dr. Amin al-Haq as a Specially Designated Global Terrorist, pursuant to Executive Order 13224.  These designations continue in effect.

B.   THE OFFENSE

2.   On or about February 19, 2005, in Los Angeles County, within the Central District of California, and elsewhere, defendant AHMADULLAH SAIS NIAZI, aka Ahmadullah Khan, aka Ahmadullah Sais, Ahmadullah Sais Khan, aka Ahmadullah Khan Sais ("NIAZI"), in a matter within the jurisdiction of Customs and Border Protection, Department of Homeland Security of the United States, knowingly and willfully made a materially false, fictitious, and fraudulent statement and representation, in that defendant NIAZI stated, upon his return from foreign travel, that

//
//
//
//
//
//
//

9

1  he had traveled to Qatar for one week to visit his family.  In

2  truth and in fact, as defendant NIAZI then well knew, he had

3  traveled to Pakistan to visit family, including Dr. Amin al-Haq.

4                          A TRUE BILL

5                          |S|

6                          _____
                           Foreperson

7

8  THOMAS P. O'BRIEN
   United States Attorney

9  CHRISTINE C. EWELL
   Assistant United States Attorney
10 Chief, Criminal Division

11

12

13 ROBB C. ADKINS
   Assistant United States Attorney
   Chief, Southern Division
14

15 EILEEN M. DECKER
   Assistant United States Attorney
   Chief, National Security Section
16

17 DEIRDRE Z. ELIOT
   Assistant United States Attorney
   National Security Section
18

19

20

21

22

23

24

25

26

27

28