1 | THOMAS P. O'BRIEN
United States Attorney
2 | ROBB C. ADKINS
Assistant United States Attorney
3 | Chief, Santa Ana Branch Office
DEIRDRE Z. ELIOT (Cal. Bar No. 145007)
4 | Assistant United States Attorney
National Security Section
5 |     411 West Fourth Street, Suite 8000
    Santa Ana, California 92701
6 |     Telephone: (714) 338-3599
    Facsimile: (714) 338-3561
7 |     Email: Deirdre.Eliot@usdoj.gov

8 | Attorneys for Plaintiff
United States of America

9 |

FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB 2 0 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

10                 UNITED STATES DISTRICT COURT

11         FOR THE CENTRAL DISTRICT OF CALIFORNIA

12                   SOUTHERN DIVISION

| | | |
|---|---|---|
| 13 UNITED STATES OF AMERICA, | ) | No. SA CR 09-28 |
| 14                Plaintiff, | ) ) | GOVERNMENT'S NOTICE OF REQUEST FOR DETENTION |
| 15 | ) ) | |
| 16                v. | ) ) | |
| AHMADULLAH SAIS NIAZI, | ) | |
| 17    aka Ahmadullah Khan, | ) | |
|    aka Ahmadullah Sais, | ) | |
| 18    aka Ahmadullah Sais Khan, | ) | |
|    aka Ahmadullah Khan Sais, | ) | |
| 19 | ) ) | |
|             Defendant. | ) | |
| 20 | ) | |

21        Plaintiff, United States of America, by and through its

22 counsel of record, hereby requests detention of defendant and gives

23 notice of the following material factors:

24     _____ 1.   <u>Temporary 10-day Detention Requested (§ 3142(d))</u>

25             <u>on the following grounds</u>:

26         _____ a.  present offense committed while defendant was on

27               release pending (felony trial), (sentencing),

28               (appeal), or on (probation) (parole); <u>or</u>

1          _____ b.  defendant is an alien not lawfully admitted for

2                  permanent residence; <u>and</u>

3          _____ c.  defendant may flee; or

4          _____ d.  pose a danger to another or the community.

5   <u>X</u>    2.   <u>Pretrial Detention Requested (§ 3142(e)) because no</u>

6          <u>condition or combination of conditions will</u>

7          <u>reasonably assure</u>:

8      <u>X</u>   a.  the appearance of the defendant as required;

9      _____ b.  safety of any other person and the community.

10   _____   3.   <u>Detention Requested Pending Supervised</u>

11          <u>Release/Probation Revocation Hearing (Rules</u>

12          <u>32.1(a)(6), 46(d), and 18 U.S.C. § 3143(a))</u>:

13       _____ a. defendant cannot establish by clear and

14          convincing evidence that he/she will not pose a

15          danger to any other person or to the community;

16       _____ b. defendant cannot establish by clear and

17          convincing evidence that he/she will not flee.

18   _____   4.   <u>Presumptions Applicable to Pretrial Detention (18</u>

19          <u>U.S.C. § 3142(e))</u>:

20       _____ a.  Title 21 or Maritime Drug Law Enforcement Act

21          ("MDLEA") (46 U.S.C. App. 1901 et seq.) offense

22          with 10-year or greater maximum penalty

23          (presumption of danger to community and flight

24          risk);

25       _____ b.  offense under 18 U.S.C. §§ 924(c), 956(a), 2332b,

26          or 2332b(g)(5)(B) with 10-year or greater maximum

27          penalty (presumption of danger to community and

28

flight risk);

_____ c.  offense involving a minor victim under 18 U.S.C.
§§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245,
2251, 2251A, 2252(a)(1)-(a)(3), 2252A(a)(1)-
2252A(a)(4), 2260, 2421, 2422, 2423 or 2425
(presumption of danger to community and flight
risk);

_____ d.  defendant currently charged with an offense
described in paragraph 5a - 5e below, <u>AND</u>
defendant was previously convicted of an offense
described in paragraph 5a - 5e below (whether
Federal or State/local), <u>AND</u> that previous
offense was committed while defendant was on
release pending trial, <u>AND</u> the current offense
was committed within five years of conviction or
release from prison on the above-described
previous conviction (presumption of danger to
community).

<u>  X  </u>  5.  <u>Government Is Entitled to Detention Hearing</u>
<u>Under § 3142(f) If the Case Involves</u>:

_____ a.  a crime of violence (as defined in 18 U.S.C.
§ 3156(a)(4)) or Federal crime of terrorism (as
defined in 18 U.S.C. § 2332b(g)(5)(B)) for which
maximum sentence is 10 years' imprisonment or
more;

_____ b.  an offense for which maximum sentence is life
imprisonment or death;

       \_\_\_\_  c. Title 21 or MDLEA offense for which maximum sentence is 10 years' imprisonment or more;

       \_\_\_\_  d. any felony if defendant has two or more convictions for a crime set forth in a-c above or for an offense under state or local law that would qualify under a, b, or c if federal jurisdiction were present, or a combination or such offenses;

       \_\_\_\_  e. any felony not otherwise a crime of violence that involves a minor victim or the possession or use of a firearm or destructive device (as defined in 18 U.S.C. § 921), or any other dangerous weapon, or involves a failure to register under 18 U.S.C. § 2250;

       __X__  f. serious risk defendant will flee;

       \_\_\_\_  g. serious risk defendant will (obstruct or attempt to obstruct justice) or (threaten, injure, or intimidate prospective witness or juror, or attempt to do so).

\_\_\_\_  6. Government requests continuance of \_\_\_\_ days for detention hearing under § 3142(f) and based upon the following reason(s):

_____

_____

_____

//

//

4

```
1        ____     7.   Good cause for continuance in excess of three days

2                      exists in that:

3                      _____

4                      _____

5                      _____

6

7  DATED:     February 20, 2009        Respectfully submitted,

8                                      THOMAS P. O'BRIEN
                                       United States Attorney
9
                                       ROBB C. ADKINS
10                                     Assistant United States Attorney
                                       Chief, Santa Ana Office
11

12                                         Deirdre Z. Eliot
                                       _____
13                                     DEIRDRE Z. ELIOT
                                       Assistant United States Attorney
14                                     National Security Section

15                                     Attorneys for Plaintiff
                                       UNITED STATES OF AMERICA
16

17

18

19

20

21

22

23

24

25

26

27

28
```