```
 1  SEAN KENNEDY (145632)
    Federal Public Defender
 2  CHASE SCOLNICK (227631)
    Deputy Federal Public Defender
 3  411 West Fourth Street, Suite 7110
    Santa Ana, California 92701-4598
 4  Telephone (714) 338-4500
    Facsimile (714) 338-4520
 5  E-MAIL: chase_scolnick@fd.org
 6  Attorneys for Defendant
    AHMADULLA SAIS NIAZI
```

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB 27 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | ) NO. SA CR 09-28 |
|---|---|
| Plaintiff, | ) **DECLARATION OF CHASE** |
| v. | ) **SCOLNICK RE BOND** |
| AHMADULLAH SAIS NIAZI, | ) |
| Defendant. | ) |

I, Chase Scolnick, do hereby declare:

1) I am employed by the Office of the Federal Public Defender for the Central District of California and I have been appointed to represent Mr. Ahmadulla Said Niazi in the above entitled matter. I make this declaration in support of Mr. Niazi's efforts to post bond.

2) On February 24, 2009, this Court set conditions of release which included posting a $500,000 bond. I have spoken to a number of Mr. Niazi's relatives regarding their ability to satisfy Mr. Niazi's bond. Jamilah Romlas Amin, Sakyrah Sarah Man, and Tahir Traheat Mann ("the sureties") have agreed to post Mr. Niazi's bond.

3) The sureties have filed declarations, which are being filed concurrently with this declaration. In the sureties' declarations, they make sworn statements regarding the source of the funds which are now being used to satisfy Mr. Niazi's bond.

4) I have spoken with Assistant United States Attorney Deirdre Eliot regarding the source of funds, the sureties, and their declarations. Ms. Eliot informed me that she has no objection to the current sureties. Ms. Eliot also informed me that the government finds the sureties' declarations to be satisfactory.

I declare under penalty of perjury that the foregoing is true to the best of my knowledge and recollection.

Executed this 27th day of February, 2009, at Santa Ana, California

CHASE SCOLNICK

## PROOF OF SERVICE

I, the undersigned, declare that I am a resident or employed in Orange County, California; that my business address is the Federal Public Defender's Office, 411 West Fourth Street, Suite 7110, Santa Ana, California 92701-4598; that I am over the age of eighteen years; that I am not a party to the above-entitled action; that I am employed by the Federal Public Defender for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California, and at whose direction I served a copy of a document entitled **Declaration of Chase Scolnick Re Bond** following ordinary business practice, service was:

[x] Placed in a closed envelope, for collection and interoffice delivery addressed as follows:

[ ] By hand-delivery addressed as follows:

[ ] Placed in a sealed envelope for collection and mailing via United States Mail, addressed as follows:

[ ] By facsimile as follows:

[ ] By E-Mail as follows:

Deirdre Eliot
U.S. Attorney's Office
411 W. 4th Street, Suite 7110
Santa Ana, California 92701

U.S. Pretrial Services
411 W. 4th Street, Suite 4170
Santa Ana, California 92701

This proof of service is executed at Santa Ana, California, on February 27, 2009. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Maurine Von Winckelmann