SEAN K. KENNEDY (145632)
Federal Public Defender
(E-mail: Sean_Kennedy@fd.org)
CHASE SCOLNICK (227631)
Deputy Federal Public Defender
(E-mail: Chase_Scolnick@fd.org)
321 East 2nd Street
Los Angeles, CA 90012
Phone: (213)894-4795
Fax:   (213) 894-0081

Attorneys for Defendant
AHMADULLA SAIS NIAZI

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>AHMADULLAH SAIS NIAZI,<br><br>　　　　　　Defendant. | NO. SA CR 09-28-CJC<br><br>**STIPULATION TO MODIFY CONDITIONS OF PRE-TRIAL RELEASE** |

　　　　Plaintiff, United States of America, by and through its attorney of record, Dennise Willett, and defendant Ahmadullah Sais Niazi, by and through his attorney of record, Deputy Federal Public Defender, Chase Scolnick, hereby stipulate and agree as follows:

　　　　1)　　Mr. Niazi is charged in a five count indictment with two counts of perjury in violation of 18 U.S.C. § 1621, one count of unlawful procurement of naturalization in violation of 18 U.S.C. § 1425, one count of use of a passport procured by fraud in violation of 18 U.S.C. § 1546(a), and one count of making a false statement in violation of 18 U.S.C. § 1001(a).

2) On or about February 24, 2009, Mr. Niazi appeared before the Honorable Arthur Nakazato, Magistrate Judge. Judge Nakazato ordered Mr. Niazi released on a $500,000 secured bond. Judge Nakazato imposed as a condition of pretrial release that Mr. Niazi participate in, and abide by all requirements of, home detention.

3) Mr. Niazi's trial date is currently set for August 31, 2010. He has been in compliance with all of the terms of his pretrial release.

4) The conditions of Mr. Niazi's release should be modified so that he is removed from the home detention program and placed on a daily curfew, which would allow him to leave his home from 7:00 a.m. to 7:00 p.m.

5) Mr. Niazi's compliance with this curfew shall be monitored by an active GPS system.

5) The Pretrial Services Agency defers to the Court on this request.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

2

6) All other conditions of pretrial release should remain in place.

IT IS SO AGREED AND STIPULATED

        ANDRÉ BIROTTE JR.
        United States Attorney

DATED: May 27, 2010        By    /s/
        DENNISE WILLETT
        Assistant United States Attorney

        SEAN K. KENNEDY
        Federal Public Defender

DATED: May 28, 2010        By    /s/
        CHASE SCOLNICK
        Deputy Federal Public Defender

DATED: May __, 2010        By    Signature attached
        JAMILAH ROMLAS AMIN
        Surety

DATED: May __, 2010        By    Signature attached
        SAKYRAH SARAH MAN
        Surety

DATED: May __, 2010        By    Signature attached
        TAHIR TRAHEAT MANN
        Surety

1  DATED: May 27, 2010          By _____
2                                  JAMILAH ROMLAS AMIN
                                    Surety
3
4  DATED: May 27, 2010          By _____
                                    SAKYRAH SARAH MAN
5                                   Surety
6
7  DATED: May 28, 2010          By _____
8                                  TAHIR TRAHEAT MANN
                                    Surety
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3