```
ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
PATRICK R. FITZGERALD (California Bar Number 135512)
Assistant United States Attorney
Chief, National Security Section
     1300 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-4591
     Facsimile: (213) 894-6436
     E-mail: patrick.fitzgerald@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA                              JS-3
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | ) No. SA CR 09-28-CJC |
|---|---|
| Plaintiff, | ) [~~PROPOSED~~] **ORDER DISMISSING INDICTMENT WITHOUT PREJUDICE PURSUANT TO FED. R. CRIM. P. 48(a)** |
| v. | ) |
| AHMADULLAH SAIS NIAZI,<br> aka Ahmadullah Khan,<br> aka Ahmadullah Sais,<br> aka Ahmadullah Sais Khan,<br> aka Ahmadullah Khan Sais, | ) |
| Defendant. | ) |

Pursuant to the government's unopposed *ex parte* application and Federal Rule of Criminal Procedure 48(a), the Court dismisses the indictment in this case without prejudice.

IT IS SO ORDERED.

Dated: September 30, 2010

_____
HONORABLE CORMAC J. CARNEY
United States District Judge